# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153489 & (93)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                       SC: 153489
                                       COA: 309987

EARL CANTRELL CARRUTHERS,
      Defendant-Appellee.
                                       Oakland CC: 2011-237303-FH

_____/

        On order of the Court, the application for leave to appeal the March 29, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The defendant's motion to add issues is DENIED; however, this denial is without prejudice to the defendant filing a motion in the circuit court, on remand as ordered by the Court of Appeals, to raise these new issues.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

s1218